UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x
:
OOO BRUNSWICK RAIL MANAGEMENT, :
and BRUNSWICK RAIL GROUP LIMITED : Case No. 3:17-cv-00114 (AVC)
:
Plaintiffs, :
:
v. :
:
PAUL OSTLING, :
Defendant. :
:
: May 8, 2017
:
------------------------------------------------------------- x

### RICHARD SULTANOV'S JOINDER TO PAUL OSTLING'S
### MOTION TO QUASH SUBPOENA SERVED ON GOOGLE INC.

Richard Sultanov, a non-party to this litigation, specially appears[1] solely for purposes of joining in Paul Ostling's motion to quash (the "Motion") the third party subpoena served by Plaintiffs OOO Brunswick Rail Management and Brunswick Rail Group Limited on Google, Inc. on or around March 2, 2017.

The subpoena seeks information relating to Mr. Sultanov's personal email account, without any limitation by subject matter.  Mr. Sultanov joins in the arguments and requests for relief set forth in the Motion and the reply being filed contemporaneously in support of the Motion.  Should this Court order the production of any information relating to that email account, Mr. Sultanov requests that he be permitted first to review any information before it is provided to Plaintiffs.

---

[1] Mr. Sultanov, who permanently left the United States a decade ago, resides permanently in the Russian Federation and does not consent to the jurisdiction of any United States court.

**VENABLE LLP**

By: /s/ Thomas E. Wallerstein
Thomas E. Wallerstein (phv08752)
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Tel: 415-653-3750
Fax: 415-653-3755
TWallerstein@Venable.com

Glenn M. Cunningham (ct09995)
Ross H. Garber (ct17689)
Susan S. Murphy (ct25321)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Tel: 860-251-5000
Fax: 860-251-5218
gcunningham@goodwin.com
rgarber@goodwin.com
smurphy2@goodwin.com

Attorneys for Richard Sultanov, who contests jurisdiction of this Court and appears specially solely to join in Paul Ostling's Motion to Quash Google Subpoena