UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT and BRUNSWICK RAIL GROUP LIMITED,  :<br><br>Plaintiffs,  :<br><br>v.  :<br><br>PAUL OSTLING,  :<br><br>Defendant.  : | Case No. 3:17-CV-00114 (AVC)<br><br><br><br>November 16, 2017 |

**PLAINTIFFS' EMERGENCY MOTION TO SEAL**

Pursuant to Rule 5(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiffs OOO Brunswick Rail Management and Brunswick Rail Group Limited (collectively, "Brunswick" or "Plaintiffs") hereby move this Court to grant their Emergency Motion to Seal the following documents filed last night :  (i) Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Spoliation Sanctions (195.00) and exhibits to Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Spoliation Sanctions (195-1 through 195-26).  These documents were inadvertently filed on the public docket and must be sealed immediately as they contain highly confidential information.

WHEREFORE, Brunswick respectfully requests that the Court grant its emergency motion to seal and seal docket entries 195.00 and 195-1 through 195-26.

Dated: November 16, 2017

Respectfully Submitted,

PLAINTIFFS OOO BRUNSWICK RAIL MANAGEMENT and BRUNSWICK RAIL GROUP LIMITED

By:  /s/ Jacob M. Heath
Jacob M. Heath (phv08746)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
E-mail: jheath@orrick.com

Michael C. Tu (phv04623)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2433
E-mail: mtu@orrick.com

Alfred U. Pavlis (ct08603)
Tony Miodonka (ct28262)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com
         tmiodonka@fdh.com

## **CERTIFICATION**

I hereby certify that on November 16, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

> By:  */s/ Jacob M. Heath*
> Jacob M. Heath (phv08746)
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 405 Howard Street
> San Francisco, CA 94025
> Tel: (650) 614-7400
> Fax: (650) 614-7401
> E-mail: jheath@orrick.com